UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

RON MOLINARO, individually and on
behalf of all others similarly situated

       Plaintiff,

v.                                         Case No:  2:18-cv-710-FtM-99UAM

PRINSTON PHARMACEUTICAL
INC., SOLCO HEALTHCARE U.S.,
LLC and HUAHAI US INC.,

       Defendants.
_____/

## ORDER[1]

This matter comes before the Court on the parties' Joint Motion to Extend Stay and Defer All Deadlines Pending a Ruling on the Motion to Transfer Actions to the District of New Jersey for Coordinated or Consolidated Pretrial Proceedings (Doc. 27) filed on February 13, 2019. The parties seek an extension of the stay that was previous entered in this case (Doc. 24) until the JPML determines whether it will accept transfer and a ruling is expected soon. The Court finds good cause to grant the Motion.

Accordingly, it is now

**ORDERED:**

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

(1) The parties' Joint Motion to Extend Stay and Defer All Deadlines Pending a Ruling on the Motion to Transfer Actions to the District of New Jersey for Coordinated or Consolidated Pretrial Proceedings (Doc. 27) is **GRANTED**. This case shall remain stayed pending the ruling on the underlying Motion to Transfer.

(2) The parties shall file a status report **within seven (7) days** of the JPML's ruling on the Motion to Transfer, apprising the Court of the JPML's decision.

**DONE** and **ORDERED** in Fort Myers, Florida this 13th day of February, 2019.

*SHERI POLSTER CHAPPELL*
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record